**STATE of Missouri, Respondent,**

v.

**Roy L. FRANKLIN, Appellant.**

No. WD 53361.

Missouri Court of Appeals,
Western District.

Dec. 16, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Roy Franklin appeals his conviction for first-degree tampering with a motor vehicle. He claims that the trial court erred in denying him a mistrial after inadmissible evidence of other crimes was admitted. We disagree and hold that the trial court did not abuse its discretion in denying the defendant's motion for a mistrial. Finding no precedential value to our decision, we affirm by this summary order but have provided the parties with a memorandum setting out the reasons for our decision. Rule 30.25(b).

**Alice L. CHRISTGEN, Respondent,**

v.

**Dennis A. CHRISTGEN, Appellant.**

No. WD 53547.

Missouri Court of Appeals,
Western District.

Dec. 16, 1997.

William E. Erdrich, St. Joseph, for appellant.

Michael L. Taylor, Watkins, Boulware, Lucas, Miner, Murphy and Taylor, for respondent.

Before EDWIN H. SMITH, P.J., ULRICH, C.J., and ELLIS, J.

### ORDER

PER CURIAM.

Dennis A. Christgen appeals from the denial of his Rule 74.06 Motion to Set Aside a portion of the Judgment for Dissolution of his marriage to Alice L. Christgen by the Circuit Court of Buchanan County. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).